IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESTCOAST GROUND SERVICES, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ALLEGRO GROUP, INC., *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br> NO. 19-1570 |

## **ORDER**

**AND NOW**, this 2nd day of January, 2020, upon consideration of Defendant Vadim Voronin's motion to dismiss (Dkt. No. 9) and Plaintiffs' response thereto (Dkt. No. 11), it is **ORDERED** that the motion is **DENIED**. Voronin shall file an answer to Defendants' Complaint on or before **January 17, 2020**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.